# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D2025-3111
LT Case No. 09-2017-CF-1318-A

————————————————

ROBERT S. ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

3.850 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Robert S. Anderson, Bushnell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Appellee.

March 13, 2026

PER CURIAM.

Appellant appeals the postconviction court's denial of his Florida Rule of Criminal Procedure 3.850 motion for postconviction relief in Citrus County Circuit Court Case No. 09-2017-CF-1318-A. We affirm the postconviction court's order and caution Appellant that abusive, repetitive, malicious, or frivolous filings

directed to Citrus County Circuit Court Case No. 09-2017-CF-1318-A may result in sanctions such as a bar on pro se filings in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2025); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

AFFIRMED; APPELLANT CAUTIONED.

MAKAR, EDWARDS, and HARRIS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2